FILED
CLERK, U.S. DISTRICT COURT
JUL 27 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERDELL EVANS, JR.,<br><br>            Petitioner,<br>v.<br><br>TERESER A. BANKS, Warden,<br><br>           Respondent. | Case No. CV 10-8003-VBF (OP)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge, de novo. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge,

///
///
///

IT IS ORDERED that Judgment be entered: (1) approving and adopting this Report and Recommendation; (2) granting Respondent's Motion to Dismiss the Petition; and (3) directing that Judgment be entered dismissing this action without prejudice for lack of jurisdiction.

DATED: 7-27-11

/s/ Valerie Baker Fairbank
HONORABLE VALERIE BAKER FAIRBANK
United States District Judge

Prepared by:

/s/
HONORABLE OSWALD PARADA
United States Magistrate Judge